

**U.S. Department of Justice**

*United States Attorney
District of Maryland
Northern Division*

*Rod J. Rosenstein*　　　　　　　　　　*36 South Charles Street*　　　　　*DIRECT: 410-209-4815*
*United States Attorney*　　　　　　　　*Fourth Floor*　　　　　　　　　　*MAIN: 410-209-4800*
　　　　　　　　　　　　　　　　　　　*Baltimore, Maryland 21201*　　　　*FAX: 410-962-3091*
*Joshua L. Kaul*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TTY/TDD: 410-962-4462*
*Assistant United States Attorney*

August 23, 2011

The Honorable William D. Quarles, Jr.
United States District Court
101 W. Lombard Street
Baltimore, Maryland  21201

　　　　Re:　　United States v. Bridgeforth and Parker,
　　　　　　　　<u>Criminal No. WDQ-11-102</u>

Dear Judge Quarles:

　　　　I write to inform the Court that the government intends tomorrow to seek a superseding indictment in the above-referenced case. The government is seeking the superseding indictment because laboratory results show that the controlled substance contained within an intercepted package was heroin, not cocaine (as the agent had previously concluded based on a field test). Accordingly, the superseding indictment being sought will, if returned, strike from Count One the language pertaining to cocaine distribution and revise Count Two to charge an attempt to possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, rather than 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

　　　　Counsel for the government has informed Gerald Ruter, counsel for Mr. Parker, of the government's plan to seek a superseding indictment, and Mr. Ruter has a copy of the above-described laboratory results. Given that Mr. Parker's trial is scheduled to begin on September 7, 2011, however, the government is bringing this matter to the Court's attention in case the Court has any questions or concerns.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Rod J. Rosenstein
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Joshua L. Kaul
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

cc: Steven Levin, Esq.
    Gerald Ruter, Esq.