JLK:USAO#2010R01014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 AUG 24 P 3:03
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. WDQ-11-102 |
| v. | : | |
| JAMES THOMAS BRIDGEFORTH III, | : | (Conspiracy to Distribute and Possess |
| a/k/a Binky, | : | with Intent to Distribute Heroin, 21 |
| a/k/a Bink, | : | U.S.C. § 846; Attempted Possession with |
| | : | Intent to Distribute Heroin, 21 U.S.C. § |
| and | : | 846; Aiding and Abetting, 18 U.S.C. § 2) |
| KEVIN AVON PARKER, SR., | : | |
| Defendants | | |

.oOo.

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about January 2010, up to and including December 20, 2010, in the District of Maryland, the defendants,

**JAMES THOMAS BRIDGEFORTH III,**
a/k/a Binky,
a/k/a Bink,

and

**KEVIN AVON PARKER, SR.,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about December 20, 2010, in the District of Maryland,

**JAMES THOMAS BRIDGEFORTH III,**
a/k/a Binky,
a/k/a Bink,

and

**KEVIN AVON PARKER, SR.,**

the defendants herein, did knowingly and willfully attempt to possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846
18 U.S.C. § 2

Rod J. Rosenstein /JLK
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 8/24/11