IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Criminal No. WDQ-11-102 |
| JAMES THOMAS BRIDGEFORTH, III | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM

The defendant respectfully requests that the Sentencing Memorandum to be filed today in the above-captioned action be sealed for the reason that it contains sensitive and private medical and other confidential information.

/s/ Andrew Jay Graham
Andrew Jay Graham (Bar No. 00080)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
Agraham@kg-law.com

*Attorney for James Thomas Bridgeforth, III*