# EXHIBIT 1

Honorable William Quarles, I David Thomas is writing this letter on behalf of James Bridgeforth to give you a little Character about my best friend whom i have known since 1993.Since that time James has been nothing less then a great friend and Godfather too my 3 loving kids who calls him uncle B, partly because my youngest brother Sam Thomas was killed in the 90"s.James dove right in a year later to help my family doing those hard times and to help raise my son,daughters and my little brother Nathanal Thomas.My brother Samuel Thomas was accidently killed by a police officer, so the city of Baltimore gave my family compensation for our loss,but we also gained a new family member,brother and mentor.James and me are the same age with our birthdays afew weeks apart, so he has always tried to guide me and made sacrifices many of times so i could feed my family and shelter them after my mother fell apart from loosing Sam.I myself turned to using drugs to ease my pain and thats how i met James because he was in active addiction himself at that time so we began our journey to destruction of our lives together,but we always wanted change just didnt know how toget it.James had mention to me that he had attempted to enlist in the military at age 18 or 19 but he was raising his younger brother and he had his own son to raise while the mom finished high school and continue her nursing career at Patterson High School,i would tell James he was way to good to people,he said he watched his stepfather atleast two dozen times nearly kill his mother and her do the same to him when they would fight over him stealing everything out the house to support his drug use, so James learned to help people from what he saw his parents do to each other for many years.James & I attempted again to enlist but a week before we was ready to go enlist,James was shot twice by 3 men and i was standing right beside James and i helped him get safe shelter.Seeing my family go threw that made me change my life,so i found a program called the Young Fathers Program on Howard Street so i could obtain custody of my young son and leave public housing but i didnt have the funds to leave so James

gave me the money from his income taxes. He made the sacrifice for me and my son his godson to leave public housing while him and his family stayed but moved afew years later in 1996. I stopped using drugs in 1996 but James continued to use then abused drugs from the mental pain from the shooting. He still continued to work hard and eventually open a grocery store and gave me a part-time job and also loaned me the money to go to Trade School to get my Commercial Drivers License, I learned from him how to drive a car, raise my kids and keep my family first and never give up hope. Im still a truck driver so i dont get a chance to really speak to James but when we do speak, he speaks about the pain and remorse and wish he could reset his life and start over. Maybe, Honorable Judge Quarles if you please may find it in your heart to help James because we all will be greatly affected if this changed man by choose not forced to change, goes to prison before he may finish helping some of these younger men find hope when they think all hope has gone.
    Sincerly Greatfull For Your Help...

*David Thomas*
443.468.7314

page 3

JAN 03, 2012 12:39A