# EXHIBIT 2



# THE UPPER ROOM
## WORSHIP CENTER, INC.

To Whom It May Concern:

My name is Pastor Larry Thompson, Jr. and I am writing this letter on behalf of James Bridgeforth. I have gotten the chance to know James over the past several years since he married a long time family friend, Francine Bridgeforth. James is a very hard working man. He diligent works in order to take care of his wife and family. He has taken care of his wife and mother through very difficult illnesses, sacrificing himself and his time to work and yet still be available to meet there needs. He has also sacrificed a lot to help his step daughter; most notably with extensive renovations of her home. As you can see, James is a very compassionate person. Although I don't know his current circumstance, I am asking, if possible, that that same compassion and grace be shown to him.

Sincerely,

*Larry Thompson*

Pastor Larry Thompson Jr.

*"Changing The World, One Life At A Time"*