# EXHIBIT 3



To Whom It May Concern:

I have known James Bridgeforth for almost three years now. I have spent time with James helping him market and sell his many renovation projects throughout Baltimore City. James has been extremely successful with his real estate investment business, renovating and reselling properties in distressed neighborhoods in Baltimore.

I have known James to be an honest, dependable hard worker. James builds a quality home and consistently strives to produce a quality product. He takes pride in his work and spends many long hours crafting the perfect home. In working with James to ratify contracts for his properties, I have known him to be honest, reliable, and diligent in meeting his contractual obligations. I run the largest real estate team in Baltimore City. We work with hundreds of clients throughout the Greater Baltimore Metro area. James is one of easiest clients that I work with because he always follows through with all of his obligations. If you have any questions about my interactions with James Bridgeforth, I would be happy to discuss them in detail.

Yours Truly,

Christopher Cooke

RE/MAX Sails

WWW.CHRISCOOKETEAM.COM