# EXHIBIT 4

February 15, 2011

To Whom It May Concern:

James Bridgeforth III is my brother-in law and I have known him over 20 years. I know he is a very kindhearted and mild mannered person because I have seen his interaction with my sister and nieces. In all of the years I have known him I have not heard him raise his voice, he is low keyed and pretty much stay to himself. He cares about his family, and enjoys attending family functions. He is always willing to lend a helping hand, and he has been very respectful to me and my family.

Mr. Bridgeforth has demonstrated a strong work ethic. He has spent many hours repairing homes and selling them so that he can provide for his wife and children. He was very supportive to his wife and mother during their illnesses. He remained upbeat and in a good spirit.

In all I believe James Bridgeforth is a mature and thoughtful young man.

Sincerely,

Valerie Carter
Valerie Carter
Claims Authorizer
Social Security Administration

443.601.4034
410.947.7652