Dear Judge William Quarler Jr.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 AUG -5 PM 2:22
CLERK'S OFFICE
AT BALTIMORE

I am an inmate at Lewisburg Federal Prison Camp in Lewisburg, Pennsylvania. I was sentenced on January 6, 2012 to a term of 120 months.

(1) Conspiracy to distribute and possess with intent to distribute Heroin and Cocaine.

I have an exemplary record of behavior during my time here and am known as a model inmate. I have worked very hard to better myself since I have been here.

As you are aware, on July 18, 2014 the sentencing commission approved a 2-point reduction for most drug cases. Unfortunatelly, there did not seem to be any relief for inmates with mandatory minimums. I have a 10 year minimum and am unsure how or if the 2-point reduction will apply to me. I have had no infractions during my almost 3 years of incarceration and have participated and completed many of the programs offered here. Some of these include:
(A) GED Program
(B) Written Communication
(C) Business start up
(D) Advanced Parenting - Levels I, II, III
(E) Intro to business
(F) Critical Thinking
(G) Globally Harmonized System Training
(H) Drug Education Program
(I) Unicor (job)

I have also enrolled in the Stratford Career Institute (self pay)

I also have rental properties at home and alot of business and family support from the outside.

My original release date is projected to be September 12, 2020. When I re-calculated my sentence with the 2-points reduction I believe that I would be eligible for release in November 2018. I understand that this is only possible if the Judge can go below my mandatory minimum.

    I understand that your office will be inundated with requests to review their cases to see if they qualify for the 2-point reduction. I would appreciate if someone in your office can review my case to see if I am eligible for any benefit. I have included all my information with this letter and look forward to your reply. I would like to thank you in advance and look forward to the reduction from your Honor.

James T. Bridgeforth III
Reg No: 53128-037
Lewisburg, FPC
P.O. Box 2000
Lewisburg, PA 17837

Thank You Respectfully

James T. Bridgeforth III

*James T. Bridgeforth III*