IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

JAMES THOMAS BRIDGEFORTH, III, )
                  Petitioner. )
)
v. )    Case #1:11-CR-102-(WDQ)-1
)
UNITED STATES OF AMERICA, )
                  Respondants. )

## MOTION FOR REDUCTION OF SENTENCE

**COMES NOW**, Petitioner, James Thomas Bridgeforth, III in the style of a pro se litigant and moves this Honorable Court pursuant to the provisions employed by title **18 U.S.C. 3582(c)(2)**.

In addition to the above, Petitioner respectfully submits to this Honorable Court in light of the authority entailed in title **28 U.S.C. 994(o)** and invested to the United States Sentencing Commission; of which, this court is well aware-that on July 17, 2014 the U.S. Sentencing Commission promulgated **(Amendment 782)** and on July 18, 2014 did in fact make a dicts to the same ; moreover, the Commission's amendment is directed exclusively to title **21 U.S.C 841** across the board, **(Emphasis added)**. It is for said reason [s] that your Petitioner submits the following:

1) Petitioner was arrested and charge inter alia with a violation of title **21 U.S.C. 841**.

2) On or about 1/6/2012 Petitioner pleaded guilty to one count of the indictment which entailed title **21 U.S.C. 841**.

3) On or about 1/6/2012 your Petitioner was sentenced to a (120 months) for a violation that included title **21 U.S.C. 841**.

4) **P U B L I C   S A F E T Y**:

Petitioner submits to this Honorable Court the fact he poses no danger to in any form or fashion to Public Safety nor to any citizen of this country.

**WHEREFORE,** Petitioner prays that this Honorable Court will adopt the Commission's Amendment and grant him a reduction of sentence.

                                          Respectfully submitted,

                                          */s/ James T. Bridgeforth III*

                                          **James T. Bridgeforth, III**

Dated: Oct. 3 2014 / /

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES THOMAS BRIDGEFORTH, III, <br> Petitioner. <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondants. | Case #1:11-CR-102-(WDQ)-1 |

MEMORANDUM OF POINTS AND AUTHORITIES

IN SUPPORT OF 3582 MOTION

STATEMENT OF FACTS

Petitioner was sentenced to (120 months) using the former 2D1.1 Guidelines which sentencing range has been retroactively lowered by the Sentencing Commission.

ARGUMENT

Because Petitioner's pre-2007 2D1.1 sentence range has been lowered by the **(New Amendment 782)** retroactively **(1B1.10)**, this court in sentencing should both "<u>Reduce</u>" Petitioner's sentence of 120 months using 3553(a) factors (18 U.S.C. 3582(c)(2) consistent with <u>UNITED STATES V. HICKS</u>, 472 F.3d. 1167 (9th Cir. 2007).

CONCLUSION

This motion should so therefore be granted.

Dated: Oct. 3 / 2014

/s/ James Thomas Bridgeforth, II

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES THOMAS BRIDGEFORTH, III, <br> Petitioner. <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondants. | Case #1:11-CR-102-(WDQ)-1 |

DECLARTION OF

JAMES THOMAS BRIDGEFORTH, III

IN SUPPORT OF 3582 MOTION

I, James Thomas Bridgeforth, III hereby declare:

1) On 1/6/2012 I plead guilty to one (1) count of title 18 U.S.C 846 and **(841)**.

2) I am the moving Declarant is this case.

3) Under former U.S.S.G. 2D1.1 I was sentenced on one (1) count of the indictment to (120 months) imprisonment.

4) The U.S. Sentencing Commission has retroactively amended 1B1.10 lowering my sentence range.

5) Thereon and controlling U.S. Supreme Court precedent I respectfully request a two (2) level reduction.

I declare under penalty of perjury the foregoing is true and correct.

Dated: Oct. 3, 2014

/s/ James Thomas Bridgeforth, III, Declarant.

James T. Bridgeforth III

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES THOMAS BRIDGEFORTH, III, )<br>Petitioner. )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Respondants. ) | Case #1:11-CR-102-(WDQ)-1 |

## APPLICATION FOR APPOINTMENT OF COUNSEL

**COMES NOW**, Applicant, James Thomas Bridgeforth, III in the style of pro se and moves this Honorable Court pursuant to the provisions of title 18 U.S.C. 3006A (1)(E)(2) and appoint counsel in this present case for the following reason[s]:

1) On or about July 17, 2014 the U.S. Sentencing Commission promulgated an Amendment 782 and in light of said, Applicant submits to this court that the U.S. Sentencing Commission consist of seven (7) highly extraordinary legal minds and that your Applicant is a layman at the law of which appointment of counsel would be conducive in the representation of the U.S. Sentencing Commission's new amendment guidelines, the Commission in their implementation of the new guidelines did in fact made it possible for informal negotiation between the U.S. Attorney's Office and Counsel of which your Applicant is neither in position nor qualify to be directly involved as well as to employ the announcement made by the United States Attorney, Mr. Eric Holder.

2) Counsel in the capacity of an Fiduciary Agent would be in the best position to accomplish the following objectives:

a) Justice would be best served for both the Public as well as your Applicant.

b) Legal issued would be best represented by counsel as to why reduction in this case is warranted predicated on the New Guidelines Amendment 782.

3) In light of title 18 U.S.C. 3006A both sections (E) and (2) of which reads in pertinent part and I quote:

(E): " ... Faces **REDUCTION**..."

(2): "The **Interest** of **Justice** so **requires**."

4) In addition to the above, Applicant do pray that this Honorable Court will be mindful of the memorandum promulgated by the Administrative Office of the United States Courts, Washington, DC dated January 22, 2008.

Your Applicant's request for appointment of counsel should therefore be granted.

Respectfully submitted,

/s/ James T. Bridgeforth, III

Dated: Oct. 3, 2014

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

JAMES THOMAS BRIDGEFORTH, III, )
              Petitioner. )
)
      v. )    Case #1:11-CR-0102 (WDQ)-1
)
UNITED STATES OF AMERICA, )
              Respondant. )

## C E R T I F I C A T E  O F  S E R V I C E

Undersigned Applicant certify that one (1) true copy of Applicant's **MOTION FOR REDUCTION OF SENTENCE** was placed in the mail box at the Federal Institution Lewisburg Camp, designated to both the U.S. Attorney's Office and the office of the Federal Public Defender located at the following addresses:

| | |
|---|---|
| Office of the U.S. Attorney<br>36 S. Charles St.<br>Fourth Floor<br>Baltimore, MD 21201 | Office of the Federal Public Defender<br>6411 Ivy Lane  Suite 710<br>Greenbelt, MD 20770 |

Dated: Oct. 3 2014

/s/ James T. Bridgeforth, III