FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 DEC 16 P 2:38

CLERK'S OFFICE
AT BALTIMORE

Dec. 14, 2015

Dear Honorable William D. Quarles,

Hello, I James T. Bridgeforth III     DKT NO. WDQ-11-0102 would like to ask the Honorable Judge to please consider allowing me "time credit" that I spent in Drug Treatment/Halfway Housing at Right Turn Treatment from March 11, 2011 until March 19, 2012. I successfully completed my full stay that Pre-trial sent me to do. I was charged $600 a month rent plus I would volunteer to be a liaison for new comer's and also do much needed home repairs. As your Honor may recall that the "owner's" and a few other's ask as a request that I may be allowed to serve my 120 month sentence at the center as a house manager/liaison, staff. I had 13 other that wanted to speak to the courts on my behalf but your Honor notice my support Him self and gave me a very appreciate 1 month reduction from 121 to 120 month sentence max./min. I had learned alot at the center but learned much more while in prison at my own expense. All my present, past and future lessons I've learned will be used for a non profit programs for inmates once released. The "H.O.P.E" (Helping Other People Excel) with obtaining career skills and a GED. I had 2 enhancement of manager/supervisor that I've learned to turn from a "negative" to a "very positive," to lead the uneducated, unskilled men by example with the skills I've learned. I had attend 4 Trade school's before prison but didnt fully use the skills. Im currently attending Stratford Career Institute sense I first came to prison and will not stop so I may remove all and any excuses why not to succeed. I made my GED my first priority then Home Inspection, Home Appraisal, commercial Drivers License and all rehabilitation programs that the prison camp has to offer. I've convinced my Employer to start a commercial Driving class so inmates may have a chance in society. Everyday I work to right my wrongs by helping my prison community, so they may help their communties once

released. I very much regret what I've done to get me here and in know way am I asking Your Honor for an "Appeal" or a "Sentence Reduction". I have, an do still "Except full responsibility" for my irresponsible actions. I have went through 5 Attorney's doing this case for my 4 Attorney Mr. Steven Levin Allowed me to wave certain rights because he wasn't present when I signed my "Plea Agreement." My new Assigned and last Attorney Mr. Andrew Graham was unable to ask Your Honor to please give me a "Prayer of Relief" while on Pre-trial official detention for 1 year and 7 days without violating my plea that I was told by Mr. Levin that I would receive at sentencing. My plea agreement that I signed before having the court's allow me to remove Mr. Levin because he was ineffective as counsel. My plea left Mr. Graham handicap of asking Your Honor for any relief in any and all ways, so now I'm very humbly asking Your Honor William D. Quarles for a **1 year** time credit. I do understand that prison's are being overhauled but I myself don't qualify for any new changes to the system. I have applied for help inside the prison that doesn't help rehabilitate any one, so I come to you Your Honor for help.

Thank You For Your time
Sincerly #53128-037
James T. Bridgeforth III
DKT. No WDQ-11-0102
Federal Prison Camp
Lewisburg, PA 17837

"Thanks again for consideration"