Certificate's

Transcript

```
    LEWKB          *          `      INMATE EDUCATION DATA       *      07-27-2015
PAGE 001 OF 001 *                         TRANSCRIPT            *      15:08:04


REGISTER NO: 53128-037     NAME..: BRIDGEFORTH III            FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: LEW-LEWISBURG USP


------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
LEW  ESL HAS   ENGLISH PROFICIENT            03-20-2012 1018 CURRENT
LEW  GED EARNED GED EARNED IN BOP            03-14-2013 1500 CURRENT


------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION                       START DATE  STOP DATE EVNT AC LV  HRS
LEW SCP    INDEPEND.COLLEGE CORRESPONENCE 07-01-2014 CURRENT
LEW SCP    COMMERCIAL DRIVERS LICENSE        04-15-2015 07-08-2015  P  C  P    30
LEW SCP    RPP 3 CREDIT REPAIR               04-10-2015 07-07-2015  P  C  P    20
LEW SCP    HOW TO WRITE BUSINESS PLN RPP3 04-07-2015 06-30-2015  P  C  P    20
LEW SCP    RPP4 COMMUNITY RESOURCES          03-02-2015 03-02-2015  P  C  P     1
LEW SCP    RPP5 RELEASE REQUIREMENTS         03-02-2015 03-02-2015  P  C  P     1
LEW SCP    FORKLIFT TRAINING - SAFETY        10-28-2014 11-07-2014  P  C  P    16
LEW SCP    CHILDREN'S DAY/PARENTING 2014     08-08-2014 08-10-2014  P  C  P     8
LEW SCP    RELEASE PREP - HEALTH/WELLNESS    08-01-2013 08-01-2013  P  C  P     1
LEW SCP    HEALTH FAIR INFORMATION VII       08-01-2013 08-01-2013  P  C  P     4
LEW SCP    PER GROWTH-WRITTEN COMMUNICATN 06-26-2012 12-17-2012  P  C  P    20
LEW SCP    PER FINANCE-BUSINESS START-UP     07-11-2012 12-21-2012  P  C  P    20
LEW SCP    GED CLASS LEC                     06-13-2012 03-14-2013  P  C  P   430
LEW SCP    ADVANCED PARENTING 3              09-24-2012 01-04-2013  P  C  P    30
LEW SCP    ADVANCED PARENTING               07-09-2012 09-24-2012  P  C  P    30
LEW SCP    PER FINANCE-INTRO BUSINESS        04-20-2012 06-27-2012  P  C  P    20
LEW SCP    PER GROWTH-CRITINCAL THINKING     04-20-2012 06-26-2012  P  C  P    20
LEW SCP    PARENTING CLASS                   04-06-2012 07-09-2012  P  C  P    30
LEW SCP    GED CLASS LEC                     04-19-2012 06-13-2012  C  W  I     0
LEW SCP    EMPLOYMENT-JOB VIEW KIOSK         03-21-2012 03-21-2012  P  C  P     1


------------------------- HIGH TEST SCORES -------------------------
TEST       SUBTEST        SCORE    TEST DATE      TEST FACL   FORM     STATE
GED        AVERAGE        494.0    03-14-2013     LEW         PASS     PA
           LIT/ARTS       490.0    03-14-2013     LEW         IH       PA
           MATH           500.0    03-14-2013     LEW         IH       PA
           SCIENCE        480.0    03-14-2013     LEW         IH       PA
           SOC STUDY      500.0    03-14-2013     LEW         IH       PA
           WRITING        500.0    03-14-2013     LEW         IH       PA
GED PRAC   LIT/ARTS       650.0    02-15-2013     LEW         PB
           MATH           510.0    02-15-2013     LEW         PB
           SCIENCE        450.0    02-15-2013     LEW         PB
           SOC STUDY      470.0    02-15-2013     LEW         PB
           WRITING        490.0    02-15-2013     LEW         PB
TABE D     BATTERY          8.8    04-13-2012     LEW          9
           LANGUAGE         7.4    04-13-2012     LEW          9
           MATH APPL        9.0    04-13-2012     LEW          9
           MATH COMP        7.8    04-13-2012     LEW          9
           READING         10.5    04-13-2012     LEW          9
           TOTAL MATH       8.2    04-13-2012     LEW          9


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

S3128-037



# Official Transcript of GED Tests Results

Issued by
**OFFICIAL GED TESTING CENTERS**
of the
General Educational Development Testing Service of the American Council on Education

*(For additional transcripts, contact the center below.)*

Candidate's Name

Last: BRIDGEFORTH     First: JAMES     Middle Initial: I

Address: EDUCATION DEPT, P O BOX 1000
LEWISBURG, PA 17837

Phone Number:
Date of Birth: 3/6/1973     Social Security Number (if required): 215848848

Issue Date: 3/14/2013     Reported to: Pennsylvania

Test Format: EP

Examiner's Signature _____     Date: 3/14/2013
Center Name: Lewisburg USP
Center Identification No.: 9000410301
Phone Number:
Center Address:
Education Dept, P O Box 1000
Lewisburg, PA 17837

| | TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | INDIVIDUAL TEST STANDARD SCORE |
|---|---|---|---|---|---|
| Language Arts, Reading | 2/27/2013 | IH | 490 | 46 | |
| Language Arts, Writing | 2/27/2013 | IH | 500 | 50 | |
| Mathematics | 2/27/2013 | IH | 500 | 50 | |
| Science | 2/27/2013 | IH | 480 | 42 | |
| Social Studies | 2/27/2013 | IH | 500 | 50 | |

| | | |
|---|---|---|
| Standard Score Total | 2470 | *PASS / *NON-PASS |
| Battery Average | 494 | X |

** Standard Score. The scores on this report are the *highest* scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

*Pass or Non-Pass as determined by jurisdictional policy.

200   Below   410 PASSING SCORE   Above   800

200   Below   450 BATTERY PASSING SCORE   Above   800

## TOTAL BATTERY

You have demonstrated the 21st century skills of:
- Communication
- Information processing
- Problem solving
- Higher order thinking skills

In the five tests areas (Reading, Writing, Mathematics, Science, and Social Studies) to perform effectively in the workplace or in higher education.

## Language Arts, Reading

Your score meets or exceeds the GED passing score requirement. You demonstrated essential reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

## Language Arts, Writing

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to edit workplace and informational documents and to generate well organized and developed written text.

## Mathematics

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

## Science

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

## Social Studies

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

GEDTS Form 30-0608



# Stratford Career Institute

# TUITION SCHEDULE

**$300 DISCOUNT!**

*Please note prices below reflect your $300.00 discount.*

| Group # | Regular Tuition Price | $300 Discount | Down Payment | Your Balance | Monthly Payment Schedule | Program List | |
|---------|----------------------|---------------|--------------|--------------|--------------------------|--------------|---|
| **Group 1** | $849 | -$300 | $10 | $539 | 15 payments of $35.93 | Computer Training<br>English as a Second Language<br>Gardening & Landscaping<br>Health Care Aide | Home Inspector<br>Sewing & Dressmaking<br>Spanish as a Second Language<br>Writing Stories for Children |
| **Group 2** | $889 | -$300 | $10 | $579  *$589* | 15 payments of $38.60 | Art<br>Bookkeeping<br>Child Day Care Management<br>Child Psychology<br>Creative Writing<br>Drug & Alcohol Treatment Specialist<br>Florist/Floral Design<br>French as a Second Language | Motorcycle/ATV Repair<br>Photography<br>Real Estate Appraiser<br>Security/Police Sciences<br>Start Your Own Business<br>Teacher Aide<br>Wedding Consultant |
| **Group 3** | $949 | -$300 | $10 | $69 | 18 payments of $35.50 | Administrative Assistant/Secretary<br>Cooking & Catering<br>Early Childhood Education<br>Electrician | Internet Specialist<br>Medical Office Assistant<br>Private Investigator |
| **Group 4** | $989 | -$300 | $10 | $79 | 18 payments of $37.72 | Accounting<br>Beauty Care<br>Business Management<br>Conservation/Environmental Sciences<br>Criminal Justice<br>Fashion Merchandising & Design<br>Fitness & Nutrition<br>Funeral Service Education | High School<br>Interior Decorating<br>Natural Health Consultant<br>PC Repair<br>Plumbing<br>Professional Locksmith<br>Psychology/Social Work<br>Video Game Design |
| **Group 5** | $1,049 | -$300 | $10 | $79 | 21 payments of $35.19 | Auto Mechanics<br>Dental Assistant<br>Desktop Publishing & Design<br>Hotel & Restaurant Management<br>Legal Assistant/Paralegal | Pharmacy Assistant<br>Physical Therapy Aide<br>Relaxation Therapist<br>Small Engine Repair<br>Travel & Tourism |
| **Group 6** | $1,089 | -$300 | $10 | $79 | 21 payments of $37.09 | Computer Programming<br>Contractor/Construction Management<br>Forensic Science | Medical Billing Specialist<br>Medical Transcriptionist<br>Veterinary Assistant |
| **Group 7** | $1,389 | -$300 | $10 | $179 | 21 payments of $51.38 | Drafting with AutoCAD | |

BRO50003

01/11/2013

# Stratford Career Institute

Mount–Royal, QC

This is to certify that

## James Bridgeforth III

*has completed a course of studies in*

## Home Inspector

*and, in testimony whereof this*

# DIPLOMA

### with highest honors

*is awarded*

*In witness whereof we have hereto subscribed our names and affixed
the academic seal of the school on this 14th of October 2014*



Director of Education

Registrar



# FPC LEWISBURG

THIS CERTIFIES THAT

# *J. BRIDGEFORTH*

has successfully completed the ***CDL -Ace Course*** and is therefore awarded this

# CERTIFICATE

July 2015

K. Hampe, Education Specialist

LERC LEWISBURG

# JAMES BRIDGEFORTH

WITH THIS

CERTIFICATE OF COMPLETION



FOR THE SUCCESSFUL COMPLETION OF THE

**FORK LIFT CLASS**

NOVEMBER 2014

ADULT EDUCATION COURSE

K. HAMPE

# Certificate of ACHIVEMENT

Is awarded to:

# JAMES BRIDGEFORTH

*Right Turn of Maryland
Drug and Alcohol Treatment Facility*

For completion of:

## 10-months

@

*The Halfway House Facility
Residential Treatment Program*

Granted:

## DECEMBER 7, 2011

_____   _____
Barry S. Adamson-CSC-AD          Angelo Battisi, Director

RIGHT TURN OF MARYLAND   4106540389   P.5   20 11 10:05a

# Certificate of Completion

## FPC Lewisburg, Pennsylvania

# JAMES BRIDGEFORTH III

### has completed the

# DRUG EDUCATION PROGRAM

### and is awarded this certificate
### February 11, 2013

**S. Salvatori**
**Drug Treatment Specialist**

# FPC LEWISBURG

THIS CERTIFIES THAT

# *J. Bridgefort*

has successfully completed the ***Business Plan Release Preparation Course*** and is therefore awarded this

# CERTIFICATE

June 2015



_____

C.LeGrand, Supervisor of
Education

# CERTIFICATE OF COMPLETION

*This certificate is awarded to*

*James T. Bridgeforth III*

## by RIGHT TURN OF MARYLAND TREATMENT FACILITY

*for completion of the 48 week*

### AFTERCARE PROGRAM

*on the* 23rd *day of* February *, 2012.*

*Diana G. Corell*

*Aftercare Program Clerk*

# CERTIFICATE OF TRAINING

THIS IS TO CERTIFY THAT

## J. BRIDGEFORTH
(NAME OF EMPLOYEE)

HAS SUCCESSFULLY COMPLETED THE TRAINING PROGRAM

# FIRE EXTINGUISHER TRAINING-OHSA 29 CFR 1910.157

TRAINING WAS COMPLETED ON

APRIL 2013
(DATE)

TRAINING WAS CONDUCTED BY

R. DRICK, ESCS
(NAME OF INSTRUCTOR)



COMPLIANCE
www.osha-safety-training.net

CERTIFIED BY

(SIGNATURE OF INSTRUCTOR)



RONALD D.
HICKS
CESCO
269809470
NREP

# CERTIFICATE OF TRAINING

THIS IS TO CERTIFY THAT

## J. BRIDGEFORTH
(NAME OF EMPLOYEE)

HAS SUCCESSFULLY COMPLETED THE TRAINING PROGRAM

# GLOBALLY HARMONIZED SYSTEM TRAINING

TRAINING WAS COMPLETED ON

APRIL 11, 2013
(DATE)

TRAINING WAS CONDUCTED BY

R. DRICK ESCS
(NAME OF INSTRUCTOR)



**NATIONAL safety**
C O M P L I A N C E
www.osha-safety-training.net

CERTIFIED BY

(SIGNATURE OF INSTRUCTOR)

UNICOR SUPERVISOR
BUSINESS CHARACTER
LETTER'S

UNIT: _____   CREW: **Recycle**

## UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: **Bridgeforth, James**   REG NUMBER: **53128-037**

(Last Name, First Name)

**LERC**

INSTITUTION CODE   INDUSTRY CODE   WORK ASSIGNMENT DOT CODE

01/01/15   06/30/15

EVALUATION BEGIN DATE   EVALUATION END DATE

RATING SCALE:   1 = Much Worse than Average   2 = Worse than Average   3 = Average
4 = Better than Average   5 = Much Better than Average

Comments: Bridgeforth is self motivated and accomplishes

tasks in a timely manor.

Inmate's Initials: J.B.

| Safety | Quality Assurance | Personal Conduct / Hygiene | Punctuality / Productivity | Compliance with Work Standards | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | | | | | | 25 |

Staff Initials

---

**LERC**

INSTITUTION CODE   INDUSTRY CODE   WORK ASSIGNMENT DOT CODE

07/01/15   12/15

EVALUATION BEGIN DATE   EVALUATION END DATE

RATING SCALE:   1 = Much Worse than Average   2 = Worse than Average   3 = Average
4 = Better than Average   5 = Much Better than Average

Comments: Bridgeforth continues to perform his work in a

productive and positive manor

Inmate's Initials: O.B.

| Safety | Quality Assurance | Personal Conduct / Hygiene | Punctuality / Productivity | Compliance with Work Standards | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | | | | | | 25 |

Staff Initials

ORIGINAL - Stays with UNICOR

FPI - 44
Rev. 11/2010



10205 Jensen Lane, Suite 4
Owings Mills, MD 21117
Telephone: 410-581-4900
Facsimile: 410-654-0389

January 5, 2012

To Whom It May Concern:
Re: James Bridgeforth

James Bridgeforth is currently a client in the Halfway House Program at Right Turn of Maryland. Mr. Bridgeforth entered 28 Day treatment at Right Turn on March 11, 2011. He successfully completed the 28 Day program and entered into our Halfway House Program immediately following his discharge from the 28 Day Treatment Program. Mr. Bridgeforth also enrolled in our Aftercare Program and has fulfilled the requirements of his Aftercare commitment. Furthermore, Mr. Bridgeforth continues to faithfully attend four to six documented off campus 12 Step meetings weekly as well as four mandatory therapy groups on the Right Turn campus. Mr. Bridgeforth has a 12 Step Home Group, a sponsor and is very active within the 12 Step communities outside of the Right Turn campus.

Throughout his experience at Right Turn Mr. Bridgeforth has been cooperative, compliant and has actively participated in all phases of treatment. Mr. Bridgeforth has been an excellent example to his peers as not only a recovering person, but also one who is responsible, reliable, and dependable. Mr. Bridgefoth has also volunteered his time and labor by assisting with maintenance and repairs within our facility without expectations of any monetary compensation.

It is our professional opinion that Mr. Bridgeforth has benefited tremendously from his experiences at Right Turn. We further believe that James would continue to grow and thrive in recovery by being afforded the opportunity to remain in the Transitional Living Program at Right Turn rather than be incarcerated.

Therefore as the Program Director at Right Turn of Maryland I wish to extend a plea on behalf of Mr. Bridgeforth for his continued participation and as a client in our program and an asset to others in recovery through sharing his experience, strength and hope.

Sincerely,

Angelo J. Battisti
Program Director
Right Turn of Maryland
410-581-4900-Office
410-775-8183-Mobile

**Martinez Investment Trust, Robert Martinez, Trustee**
14118 Sunnybrook Road, Phoenix, Maryland, 21131
Tel. 410-667-0555  Fax. 410-666-2366  Cell 410-591-5398  Email: JVGX69A@comcast.net

February 15, 2011

To Whom It May Concern:

I have known James T. Bridgeforth for about 5 years and have financed him with purchase and renovation money on several houses in Baltimore City.  Mr Bridgeforth completed the projects in a timely manner and the quality of the renovations was certainly above average.  Based on Mr. Bridgeforth's performance on the above loans/properties I consider him pre-qualified for loans on other similar projects.

In all my dealing with Mr. Bridgeforth I have found him to be truthful, straightforward, and reliable .

I am a private lender offering short term purchase and renovation moneys to real estate investors (like Mr. Bridgeforth) who buy, renovate and then resale or hold (as rental properties) commercial and residential properties in the Greater Baltimore Metropolitan region.  Mr. Bridgeforth ranks within the top third of all people / entities I have lent money to for real estate collateralized transactions and I would certainly lend to him again as required and as the occasion(s) arise.

Please feel free to call if you need any additional information or have any questions.

Sincerely yours,

Bob Martinez, Trustee
Martinez Investment Trust

## Martinez Investment Trust,  Robert  Martinez, Trustee
14118 Sunnybrook Road,  Phoenix, Maryland, 21131
Tel. 410-667-0555   Fax. 410-666-2366   Cell  410-591-5398  Email:  JVGX69A@comcast.net

December 20, 2011

Dear Judge Quarles:

My name is Robert Martinez and for the last 15 years  I have been involved in providing private financing to many investors who buy and renovate residential properties in Baltimore City and surrounding counties.  It is through this activity that I met Mr. Bridgeforth.  Earlier this year I wrote a loan  pre-qualification letter  for Mr. Bridgeforth.  That letter is attached and further explains our past business relationship.

Since Mr. Bridgeforth was released earlier this year in March while awaiting trial I've been involved in 3 projects with him - 2 of which are ongoing on the 2000 block of Druid Hill Ave in Baltimore City.  On the project which is almost  complete we are essentially equal partners.  Mr. Bridgeforth managed the renovations completely (did much of the work himself), did the accounting for all money spent, and now has rented the property out.  With the rents he receives he is paying off  the renovation construction  loan such that the property will be 100% his in less than 3 years.  On the second property he is my  partner in the property management aspect  - renting the units and operating and maintaining  the property and  is earning a 50% share of the net income.   As these 2 projects have progressed  I have been working with and interacting with Mr. Bridgeforth on a daily basis and  as such have gotten to know him much better.  He is not only knowledgeable and hard working but very  focused with a positive "get the job done" attitude.  He doesn't complain about much and deals with both the good and bad with a balanced low keyed approach.  He relates well with both part time workers and tenants and potential tenants.  I trust his judgment and value his opinions as to what has to be done as well as trust him to manage and account for the money needed for operations.  Once these two buildings are fully occupied (expected within 2  months) I look forward to doing other similar projects with Mr. Bridgeforth while he remains the day to day manager of the 2 completed properties.

In summary Mr. Bridgeforth is a trusted partner/business associate and an asset to not only me but to himself and his wife, children, and family and through his past and current  work in renovating distressed city properties he is, in my opinion, an asset to the City of Baltimore  as well.

Please call me directly if you have any questions about any of the above or would like additional  information.

Very truly yours,

Robert  Martinez

1 attachment



To Whom It May Concern:

I have known James Bridgeforth for almost three years now. I have spent time with James helping him market and sell his many renovation projects throughout Baltimore City. James has been extremely successful with his real estate investment business, renovating and reselling properties in distressed neighborhoods in Baltimore.

I have known James to be an honest, dependable hard worker. James builds a quality home and consistently strives to produce a quality product. He takes pride in his work and spends many long hours crafting the perfect home. In working with James to ratify contracts for his properties, I have known him to be honest, reliable, and diligent in meeting his contractual obligations. I run the largest real estate team in Baltimore City. We work with hundreds of clients throughout the Greater Baltimore Metro area. James is one of easiest clients that I work with because he always follows through with all of his obligations. If you have any questions about my interactions with James Bridgeforth, I would be happy to discuss them in detail.

Yours Truly,

Christopher Cooke

RE/MAX Sails

# WWW.CHRISCOOKETEAM.COM

UNICOR Scholarship Letter's

Federal Prison Camp at Lewisburg
# UNICOR SCHOLARSHIP APPLICATION

## APPLICANT INFORMATION

Name (print first and last name):

**James Bridgeforth**

| Register Number: **53128-037** | Housing Unit: **Unit 2** | Mandatory Release Date: 12 – 25 – 2021 |
|---|---|---|

| Current Work Detail: WARehouse Recycling | UNICOR Pay Grade: 1 | Length of Continuous Employment: Years: 1   Months: 4 |
|---|---|---|

## EDUCATIONAL INFORMATION

Name and Address of the Organization (I.E., University, College, etc.) Offering the Course or Program You Are Applying For:

STRATFORd CAREER INstitute

| Name of Course(s) Applying For: Home APPRAISER | Approximate Cost: $889.00 |
|---|---|

## REASON(S) FOR REQUESTING SCHOLARSHIP

In 50 Words or Less, Explain Why You Wish to Participate in the UNICOR Scholarship Program:

## TO BE COMPLETED BY WORK DETAIL SUPERVISOR

| Length of Time Inmate Has Been on Present Job: | Years: 1 | Months: 4 |
|---|---|---|

Work Performance (Circle One):   (Excellent)   Good   Fair   Poor

Do You Recommend This Individual for a UNICOR Scholarship?   (circle one):   (Yes)   No

| Comments: BRidGEFORth IS A Good WORKER, HE STAYS BuSy ALL DAY, NEES LESS SUPERVISOR THAN MOST | Work Detail Supervisor's Signature: | Date Received: 11-8-2013 |
|---|---|---|

## TO BE COMPLETED BY CASE MANAGER

Does the Applicant Have a Minimum of Six Months Remaining to be Served at This Facility?
(circle one):   (Yes)   No

Has the Applicant Received Any Serious Incident Reports Within the Past Six Months?
(circle one):   Yes   (No)

If Yes, Please Explain:

I Recommend the Applicant for Scholarship Consideration for the Following Reasons:

Participating in RPP, FRP + UnicoR opportunities.

| Case Manager's Signature: | Date Received: 11-11-13 |
|---|---|

1

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF**

CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MR. LINCOLN | DATE: Oct. 9, 2013 |
|---|---|
| FROM: James Bridgeforth | REGISTER NO.: 53128-037 |
| WORK ASSIGNMENT: UNICOR | UNIT: 2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to take a vocational program training course throu Stratford Career Institute. The FPI Scholarship Program will pay for my tuition payment as long as the education approves it, And I stay a full time "UNICOR" Employee. I would like to go for Home Appraiser ASAP. I'm currently in school at Stratford Career institute for Home inspection. Thank You

(Continue on back if necessary)

DISPOSITION:

(DO NOT WRITE below this line)

| Signature Staff Member | Date |
|---|---|
| | |

BP-A0148                      **INMATE REQUEST TO STAFF**          CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ms. BAYSORE | DATE: Nov. 8, 2013 |
|---|---|
| FROM: James Bridgeforth III | REGISTER NO.: 53128-037 |
| WORK ASSIGNMENT: UNICOR | UNIT: 2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Hello I have a Unicor scholarship application that has to be filled out an signed by casemanager so I may start trade school or college.

THANK You

(Do not write below this line)                    (Continue on back if necessary)

DISPOSITION:                              (DO NOT WRITE below this line)

| Signature Staff Member | Date |
|---|---|
| | |

Nov. 9, 2013

To whom it may concern.

I James Bridgeforth III would like to be excepted into the UNICOR Scholarship Program so that I may continue my education in realestate. This can and will give me a job in society for when I leave prison. I'm currently enrolled in the Home Inspection course and will be taking other realestate course's in the near future. I would like to start a realestate business in Baltimore Maryland to help ex felon's like myself to find a job after or before release.

THANK YOU
James Bridgeforth
#53128-037

**TO: SUPERVISOR OF EDUCATION**

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF**

CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) **MR. VINCE CAHILL** | DATE: **Feb. 17, 2014** |
|---|---|
| FROM: **JAMES BRIDGEFORTH** | REGISTER NO.: **53128-037** |
| WORK ASSIGNMENT: **UNICOR** | UNIT: **2** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Hello MR. CAHiLL
I put iN A cop-out iN Nov. 2013 to the
EducAtioN DepARtment to be Allowed to Attend UNICOR
ScholARship PRogRam that has AlReAdy been ApproveD
by my UNICOR SupeRvisoR, but has Not beeN Approved
by the educAtioN depARtment. This is All the info About
the ScholARship PRogRam plus the Home InspectioN couRse
that Im cuRReNtly AtteNdiNg At STRATFORD CAReeR INst.
And would like to continue my EducAtioN FoR Home AppRAiseR
THANK you VeRy much

(Continue on back if necessary)

DISPOSITION: (DO NOT WRITE below this line)

—UNICOR contacted me today, 2/19/14, and at this
time there are no UNICOR Scholarships that
are being given out.
2/19/14

| Signature Staff Member | Date |
|---|---|

" *TO: SUPERVISOR of EDUCATION DEPARTMENT* "

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF**

CDFRM

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Vince CAHiLL | DATE: Feb. 20, 2014 |
|---|---|
| FROM: JAMES BRidgeforth | REGISTER NO.: 53128-037 |
| WORK ASSIGNMENT: UNICOR | UNIT: 2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Hello MR. CAHiLL
    I'm just sending a cop-out to see if you Received my education packet that I sent to you on Feb. 17, 2014 about getting Enrolled in the UNICOR Scholarship program? I Currently pay for my Home Inspection course $35.93 a month from Stratford career Institute. I have 78 months left in prison a would like to continue my Education.

            —THANK YOU

(Continue on back if necessary)

DISPOSITION: I encourage you to continue your education — however, it will be at your own expense

2/24/14

| Signature Staff Member | Date |
|---|---|

## Vince Cahill - FW: UNICOR Scholarship

**From:** "Smith, Brian" <Brian.Smith3@usdoj.gov>
**To:** "Cahill, Vince (BOP)" <BOP17967@bop.gov>
**Date:** 2/19/2014 10:09 AM
**Subject:** FW: UNICOR Scholarship

Vince, this is the response from the Recycling Business Group Financial Manager.

**From:** Holland, Stacey
**Sent:** Wednesday, February 19, 2014 10:03 AM
**To:** Smith, Brian
**Subject:** RE: UNICOR Scholarship

*2/19/14 — mr Smith - forget all about this and act on it today*

At this time, there are no UNICOR Scholarships that are being given. There is a memo out I believe but I will double check.

Stacey

**From:** Smith, Brian
**Sent:** Wednesday, February 19, 2014 6:58 AM
**To:** Holland, Stacey
**Subject:** UNICOR Scholarship

Good Morning Stacey,

The supervisor of Education has forwarded an inmate scholarship application to me. I have reviewed it. It meets all of the requirements of PS 8120.02. What is the next step? Thanks.

"This message is intended for official use and may contain SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."

Second Chance Pell Grant Program

# Second Chance Pell Grant Pilot

- On July 31, 2015, the Department of Education and Department of Justice announced the Second Chance Pell Pilot program to provide educational opportunities to certain inmates.

- Many of the details related to the pilot program are still being worked out; more information will be forthcoming.

- The pilot will require colleges to partner with Federal or State correctional facilities to offer courses to incarcerated students; the specific facilities will NOT be identified until after the Department of Education reviews and accepts proposals from the colleges.

- Colleges and universities are being asked to submit proposals by September 30, 2015, for providing courses to inmates for the 2016-2017 academic year.

- Pell Grants can only be used to pay for tuition, fees, books and supplies required by an individual's education program.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Ms. LeGrand | DATE: Oct. 31, 2015 |
|---|---|
| FROM: James Bridgeforth III | REGISTER NO.: 53128-037 |
| WORK ASSIGNMENT: Unicor | UNIT: 2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

DEAR Ms. LeGRAND
        I James Bridgeforth wrote a cop-out to you on June 27, 2015
About starting a Basic Residential wiring course if the Education
Department could have someone teach us the book theory. I also
would like to sign up to receive info about the "Second Chance
Pell Grant Pilot Program" for inmate to go to college.

                          THANK you
                          James Bridgeforth III

                    (Do not write below this line)

(Continue on back if necessary)

DISPOSITION:                    (DO NOT WRITE below this line)

7 As far as a Basic Residential Wiring Course, I
will look into that for the 2016 calendar year.

| Signature Staff Member | Date 11/9/15 |
|---|---|

Inmate's Name: Bridgeforth, J
Inmate's Reg. No.: 53128-037
Unit: K-917 (Unit 2)

## RESPONSE - INMATE REQUEST TO STAFF

This is in response to your Inmate Request to Staff regarding
the Second Chance Pell Pilot. The following is the information
that I currently have regarding the program.

"On July 31, 2015 the Department of Education (DOE) announced a
new pilot program for incarcerated individuals, the Second
Chance Pell Pilot. A Federal Register notice was released on
August 3, 2015 inviting postsecondary educational institutions
to apply for participation in the new pilot. The Second Chance
Pell Pilot will allow participating colleges, in partnership
with Federal or State correctional institutions, to provide
Federal Pell Grant funding to individuals who are currently
incarcerated but would otherwise be eligible for the financial
aid program. Priority will be given to those who are likely to
be released within five years. Under the Second Chance Pell
Pilot, funds are intended to supplement existing investments in
postsecondary, prison-based higher education programs and can
only be used to pay for tuition, required fees, books and
supplies."

The program is not yet running, as schools are currently
applying to participate in the program. Information will be
disseminated to the inmate population as soon as I am made
aware.


I trust this addresses your concern.



C.LeGrand, Supervisor of Education                    11/9/15
                                                       Date

INEFFective counsel
MR. STEVEN LEVIN

Dear Honorable William D. Quarles Jr.

I James Bridgeforth III Criminal Number WDQ-11-0102 would like to thank you for granting my hearing to dismiss my Attorney Mr. Steven Levin do to Ineffective Assistance of Counsel. When I went to court on Monday November 14, 2011 in court room 7C in front of Magistrate Judge Beth P. Gesner I had more issue about my Attorney that I would have like to read in court so it may be put on record and also put into my folder so the next Attorney may see what I've been threw and may have a better understanding of my case and that I'm not the same person that was Arrested 11 months Ago, and would just like to keep things Simple not to waste the courts time or money but with all respect to you just state the facts of my Achievements since my Arrest in December 2010 and review my case file to make sure I received a Beneficial plea Negotiation so I may move on to pay my debt to Society then move on to better my life from my mistakes. Thank you for reviewing the other Issue that I had with Mr. Levin.

March 23, 2011

Dear Magistrate Judge Beth P. Gesner

I James T. Bridgeforth III Case #WDQ-11-0102 would like to personally thank you Beth P. Gesner, prosecutor Joshua Kaul, United State Pretrial Services John Stagg, and Right Turn of Maryland Treatment Center that I'm grateful to have the opportunity to treat and self diagnose this disease of Chemical Dependency At Right Turn of Maryland Long Term Residential Treatment Program. I have never been in a longterm treatment program before, but I have realized this is a blessing from my higher power who know's what's best for us all. I'm not sure of the date I will be asked to leave because my 28 day's of treatment is coming to an end. I'm currently focusing on my personal responsibility for treating my disease and coming up with a more balanced recovery plan. This will enable me to be more in touch with my higher power and allow him to work in my life, this also will give me the opportunity to change and strive for a more positive disease free lifestyle. This can help me eliminate the substance

I'm FEARFUL that IF I leave
this treatment center I will
not get the help And education
that I REAlly need. And Now
I'm Asking of the mercy of
the court to pleASE help me
extend or continue my treat-
ment for my diseAse. I'm leArning
Alot And leArned Alot About my
Addiction And I will tAke what-
ever necessAry Step's I need
in order to conquer this diseAse,
No mAtter how long it tAkes.

(pleASE Help)

THANK you very much

John T. Bridgeral III

CAse # WDQ-11-0102

Abuse problem that has been in my family since the 1960's. I remember around 8 or 9 years old my stepfather would ask me to always hold a belt around his arm while he stuck a needle of drugs in his arm, but I never knew why he would do it but at 13 years old I learned for myself. I have learned my addiction is a chronic progressive disease that can be potentially fatal. This disease has and will destroy my life. This disease has caused irresponsible behaviors that led to negative consequences on my road to recovery. I'm very commited to stay on track with my sobriety here at Right Turn of Maryland Treatment Center. The guilt and shame I put my mother through who went to a better place Jan. 4, 2011 has made me realize that it is necessary for me to live a drug free life today. My life was completly unmanagable, I became powerless over this disease and I used it to escape the reality of my wife's battle with breast cancer and my mom's passing but I'm learning new coping skills and ways to change my old life style and be a "WINNER" in recovery.