UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

March 16, 2016

James T. Bridgeforth, III
Reg. No. 53128-037
FCP
Lewisburg, PA 17837

    Re:  USA v. James Bridgeforth
        Criminal No. GLR-11-0102
        (formerly **WDQ**-11-0102)

Dear Mr. Bridgeforth:

  I am in receipt of your correspondence (ECF No. 102) dated December 14, 2015, addressed to The Honorable William D. Quarles, received by this Court on December 16, 2015. Judge Quarles has retired and this case has been reassigned to me.

  After thoroughly reviewing your file, and consulting with the Probation Department, I wish to advise you that your term of imprisonment is 120 months with credit for 76 days.

  Prior to sentencing your attorney, Andy Graham, asked the Probation Officer if you would receive any credit for the time you spent at Right Turn. The Probation Officer advised Mr. Graham that the BOP does not give credit for any time spent in drug treatment or halfway houses. At sentencing, the Government agreed that you should receive credit for time spent in state custody, but objected to you receiving any credit for time in drug treatment or the halfway house. Consequently, Judge Quarles awarded you the 76 days credit for time in state custody only.

  I trust this addresses your concern.

            Very truly yours,

            /s/

            George L. Russell, III

/daf