James Thomas Bridgeforth III    Criminal No. GLR-11-0102
Reg No. 53128-037
2400 Robert Miller Drive
Lewisburg, PA 17837

RECEIVED IN THE CHAMBERS OF
GEORGE LEVI RUSSELL, III
MAY 21 2018
UNITED STATES DISTRICT JUDGE

To: Honorable Judge George L. Russell III

Thank you for your return letter, but what I was asking Your Honor for was help with a recommendation or request to the Residential Reentry Office, Regional Director Ms. Angela Dunbar or Mr. Mark Inch to allow me to get 6-9 months halfway house time going "forward". This is not about time credit before I started serving my sentence, this is about my halfway house now that I'm ready to return home. Baltimore's Volunteer of America Federal Halfway House is only getting funded for 4 month's, but I have my commercial license and a job ready for me once home, that I will be able to pay whatever balance for the remainder of halfway house time not covered by the government. I'm only asking for a plea of assistance from Your Honor to help a rehabilitated man whom served upto 70% - 80% of his sentence obtain 2-5 months half way house. I have accepted full responsibility for what I've done that got me here. I am humbly asking for help and sending proof of my achievments while in prison. I do very much thank you in advance for your help.

James T. Bridgeforth
Thank You

| UNITED STATES OF AMERICA v. JEFFERY MICHAEL MARSHALL |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE |
| 2018 U.S. Dist. LEXIS 10499 |
| No. 2:16-CR-00096 REEVES/CORKER |
| January 23, 2018, Decided |

**Counsel** For Christopher Scott Burchett, Defendant: John M King, Matthew A Spivey, Richard A Spivey, LEAD ATTORNEYS, Spivey, King & Spivey, LLC, Kingsport, TN.

For Curtis Brent Carico, Defendant: Jim R Williams, LEAD ATTORNEY, Jim Williams & Associates, Attorneys at Law, LLC, Kingsport, TN.

For Bradley Mitchell Colbert, Defendant: Larry R Roloff, LEAD ATTORNEY, PRO HAC VICE, Larry R. Roloff, Attorney at Law, Eugene, OR.

For USA, Plaintiff: Donald W Taylor, David L. Gunn, LEAD ATTORNEY, U S Department of Justice (USAO Greene), Office of U S Attorney, Greeneville, TN.

**Judges:** Pamela L Reeves, UNITED STATES DISTRICT JUDGE.

Opinion

**Opinion by:** Pamela L Reeves

Opinion

## MEMORANDUM AND ORDER

This matter is before the court on the defendant's *pro se* motion for a recommendation that his sentence be served at a community corrections center (halfway house) [R. 347]. Defendant states that the court may grant his request pursuant to the Second Chance Act, 18 U.S.C. § 3621(b)(4)(B).

The government opposes the motion, stating that defendant's request for halfway house placement is premature, and defendant has not cited any statutory authority under which the court could grant the requested relief [R. 353].

On October 12, 2017, defendant was sentenced to 22 months imprisonment, followed by four years of supervised release, for conspiracy to distribute marijuana. Defendant's projected release date is May 27, 2019.

The Second Chance Act of 2007 increases the possible duration of pre-release placement in a community corrections center from six months to twelve months and requires the Bureau of Prisons to make an individual determination that ensures any placement is of sufficient duration to provide the inmate with the greatest likelihood of successful reintegration into the community. *See* 18 U.S.C. § 3624. However, as noted by the government, there is no statutory authority for the court to order the Bureau of Prisons to consider defendant for early halfway house placement. Although a sentencing court may recommend a particular type of prison facility for a defendant, any recommendation or request by the court that a convicted person serve a term of imprisonment in a halfway house has no binding effect on the authority of the Bureau of Prisons to determine or change the place of imprisonment. *See Tapia v. United States*, 564 U.S. 319, 131 S. Ct. 2382, 2390, 180 L. Ed. 2d 357 (2011).

© 2018 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

The court notes the government's objection, but finds that although the court cannot order the Bureau of Prisons to transfer defendant to a **halfway house**, the **court** can make a **recommendation** for defendant. Accordingly, for the good cause stated, defendant's motion is **GRANTED**, and the court **RECOMMENDS** that defendant be allowed to spend twelve months of his sentence at a community corrections center. This is a recommendation only, as the Bureau of Prisons retains discretion under the Second Chance Act to decide whether and when the defendant should be placed in community confinement. *See Lovett v. Hogsten*, 2009 U.S. App. LEXIS 28957, 2009 WL 5851205 (6th Cir. Dec. 29, 2009).

**IT IS SO ORDERED.**

/s/ Pamela L Reeves

**UNITED STATES DISTRICT JUDGE**

© 2018 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

# Please call these people

(1) Angela Dunbar
Regional Director
RRM Baltimore
Residential Re-Entry Office
302 Sentinel Drive, Suite 200
Annapolis Junct, MD. 20701

Email: CBR/CCM@bop.gov
Phone: 301-317-3142
Fax: 301-317-3138

2) Mark Inch
BOP Director
Central Office HQ
320 First Street, NW
Washington, DC 20534

3) Hugh J. Hurwitz
Assistant Director
Central Office
320 First Street, NW
Washington, DC 20534
202-307-3198

4) Joseph Wilbur
Director of Hope Village (Halfway house)
info@hope-village.com
JLwilmer@hopevillage.inc.com

```
LEWKG              *      INMATE EDUCATION DATA       *    02-06-2018
PAGE 001           *            TRANSCRIPT            *    14:14:29

REGISTER NO: 53128-037    NAME..: BRIDGEFORTH III       FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: LEW-LEWISBURG USP

------------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
LEW  ESL HAS    ENGLISH PROFICIENT          03-20-2012 1018 CURRENT
LEW  GED EARNED GED EARNED IN BOP           03-14-2013 1500 CURRENT

------------------------------- EDUCATION COURSES --------------------------------
SUB-FACL   DESCRIPTION                      START DATE  STOP DATE  EVNT AC LV  HRS
LEW SCP    INDEPEND.COLLEGE CORRESPONENCE   07-01-2014  CURRENT
LEW SCP    REAL ESTATE INVESTING            10-16-2017  12-22-2017  P   C  P   10
LEW SCP    GEOMETRY                         01-11-2016  03-18-2016  P   C  P   10
LEW SCP    COMMERCIAL DRIVERS LICENSE       04-15-2015  07-08-2015  P   C  P   30
LEW SCP    RPP 3 CREDIT REPAIR              04-10-2015  07-07-2015  P   C  P   20
LEW SCP    HOW TO WRITE BUSINESS PLN RPP3   04-07-2015  06-30-2015  P   C  P   20
LEW SCP    RPP4 COMMUNITY RESOURCES         03-02-2015  03-02-2015  P   C  P    1
LEW SCP    RPP5 RELEASE REQUIREMENTS        03-02-2015  03-02-2015  P   C  P    1
LEW SCP    FORKLIFT TRAINING - SAFETY       10-28-2014  11-07-2014  P   C  P   16
LEW SCP    CHILDREN'S DAY/PARENTING 2014    08-08-2014  08-10-2014  P   C  P    8
LEW SCP    RELEASE PREP - HEALTH/WELLNESS   08-01-2013  08-01-2013  P   C  P    1
LEW SCP    HEALTH FAIR INFORMATION VII      08-01-2013  08-01-2013  P   C  P    4
LEW SCP    PER GROWTH-WRITTEN COMMUNICATN   06-26-2012  12-17-2012  P   C  P   20
LEW SCP    PER FINANCE-BUSINESS START-UP    07-11-2012  12-21-2012  P   C  P   20
LEW SCP    GED CLASS LEC                    06-13-2012  03-14-2013  P   C  P  430
LEW SCP    ADVANCED PARENTING 3             09-24-2012  01-04-2013  P   C  P   30
LEW SCP    ADVANCED PARENTING               07-09-2012  09-24-2012  P   C  P   30
LEW SCP    PER FINANCE-INTRO BUSINESS       04-20-2012  06-27-2012  P   C  P   20
LEW SCP    PER GROWTH-CRITINCAL THINKING    04-20-2012  06-26-2012  P   C  P   20
LEW SCP    PARENTING CLASS                  04-06-2012  07-09-2012  P   C  P   30
LEW SCP    GED CLASS LEC                    04-19-2012  06-13-2012  C   W  I    0
LEW SCP    EMPLOYMENT-JOB VIEW KIOSK        03-21-2012  03-21-2012  P   C  P    1

-------------------------------- HIGH TEST SCORES --------------------------------
TEST       SUBTEST       SCORE     TEST DATE     TEST FACL    FORM     STATE
GED        AVERAGE       494.0     03-14-2013    LEW          PASS     PA
           LIT/ARTS      490.0     03-14-2013    LEW          IH       PA
           MATH          500.0     03-14-2013    LEW          IH       PA
           SCIENCE       480.0     03-14-2013    LEW          IH       PA
           SOC STUDY     500.0     03-14-2013    LEW          IH       PA
           WRITING       500.0     03-14-2013    LEW          IH       PA
GED PRAC   LIT/ARTS      650.0     02-15-2013    LEW          PB
           MATH          510.0     02-15-2013    LEW          PB
           SCIENCE       450.0     02-15-2013    LEW          PB
           SOC STUDY     470.0     02-15-2013    LEW          PB
           WRITING       490.0     02-15-2013    LEW          PB
TABE D     BATTERY       8.8       04-13-2012    LEW          9
           LANGUAGE      7.4       04-13-2012    LEW          9
           MATH APPL     9.0       04-13-2012    LEW          9
           MATH COMP     7.8       04-13-2012    LEW          9

G0002      MORE PAGES TO FOLLOW . . .
```

```
LEWKG              *       INMATE EDUCATION DATA      *    02-06-2018
PAGE 002 OF 002    *           TRANSCRIPT             *    14:14:29

REGISTER NO: 53128-037    NAME..: BRIDGEFORTH III        FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: LEW-LEWISBURG USP
```

------------------------------ HIGH TEST SCORES ------------------------------

| TEST   | SUBTEST    | SCORE | TEST DATE  | TEST FACL | FORM | STATE |
|--------|------------|-------|------------|-----------|------|-------|
| TABE D | READING    | 10.5  | 04-13-2012 | LEW       | 9    |       |
|        | TOTAL MATH | 8.2   | 04-13-2012 | LEW       | 9    |       |

G0000      TRANSACTION SUCCESSFULLY COMPLETED

Inmate Name: JAMES BRIDGEFORTH
Register Number: 53128-037
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

United States District Court
District of Maryland
Honorable George L. Russell III
United States District Judge
101 West Lombard Street
Baltimore, MD. 21201

MAY 1 8 REC'D
Inspected by
Court Security Officer

2120182629 C001