UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

May 23, 2018

James T. Bridgeforth, III
Reg. No. 53128-037
FCP
P. O. Box 2000
Lewisburg, PA 17837

Re: USA v. James Bridgeforth
Criminal No. GLR-11-0102
(formerly **WDQ**-11-0102)

Dear Mr. Bridgeforth:

I am in receipt of your undated correspondence, received by this Court on May 21, 2018.

Once this Court imposes a sentence, matters of this nature are outside of its jurisdiction. Under 18 U.S.C. § 3582(c)(1)(A)(i), only the Bureau of Prisons may make a motion for a modification of a term of imprisonment that has been imposed. Nevertheless, a prisoner may request the Bureau of Prisons to make such a motion.

I trust this addresses your concerns.

Very truly yours,

George L. Russell, III

C: Counsel of Record